v.

**DIRECTOR OF REVENUE, Appellant.**

**No. ED 75191.**

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 23, 1999.

**Kim–ho Siva YAM, Appellant,**

v.

**Daniel DEHOYOS and Fred L. Krompitz, Respondents.**

**No. ED 75385.**

Missouri Court of Appeals, Eastern District, Division One.

Nov. 23, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Jefferson City, for appellant.

Martin and Malec, John Malec, St. Louis, for respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J. and CHARLES BLACKMAR, Senior Judge.

William F. Whealen, Jr., St. Louis, for appellant.

Charles A. Seigel, III, Michael A. Wolff, Seigel & Wolff, P.C., St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., JAMES R. DOWD, J.

*ORDER*

**ORDER**

PER CURIAM.

Appellant, Kim–Ho Siva Yam ("landlord"), appeals from the judgment of the circuit court finding in favor of respondents, Daniel Dehoyos and Fred L. Krompitz ("tenants"), on landlord's petition for breach of contract and waste. We determine that the judgment of the trial court is supported by substantial evidence and is

not against the weight of the evidence. Rule 84.16(b)(1). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).